**Order entered June 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00635-CR

**CHARLES EUGENE FINCHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F12-51267-I**

## ORDER
Before Chief Justice Wright and Justices Brown and Stoddart

Based on the Court's opinion of this date, we **DIRECT** the Clerk of this Court to issue

the mandate in this appeal **INSTANTER**.


/s/     CRAIG STODDART
           JUSTICE